# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LARRY BESSIE (#227673)**

**VERSUS**

**WARDEN SETH SMITH, ET AL.**

**CIVIL ACTION**

**NO. 14-580-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated March 2, 2015, to which no objection was filed.

**IT IS ORDERED** the above-captioned proceeding is dismissed, without prejudice, as a result of the plaintiff's failure to pay the initial partial filing fee ordered by the Court.

Signed in Baton Rouge, Louisiana, on <u>March 20, 2015</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**